United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tyrone McBride
Minnie Pearl McBride
    Debtors

Case No. 15-13187-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Oct 12, 2016
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.
13610586        +Federal National Mortgage Association (FNMA), c/o,    PO Box 54420,    Los Angeles, CA 90054-0420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
         agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
        JILL MANUEL-COUGHLIN    on behalf of Creditor    SETERUS, INC. jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        MICHAEL A. LATZES    on behalf of Joint Debtor Minnie Pearl McBride efiling@mlatzes-law.com
        MICHAEL A. LATZES    on behalf of Debtor Tyrone McBride efiling@mlatzes-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-13187-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Tyrone McBride<br>327 Laurel Road<br>Sharon Hill PA 19079 | Minnie Pearl McBride<br>327 Laurel Road<br>Sharon Hill PA 19079 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/11/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Federal National Mortgage Association (FNMA), c/o, PO Box 54420, Los Angeles, CA 90017 | Wilmington Savings Fund Society, FSB<br>P.O. Box 52708, Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/14/16

Tim McGrath
**CLERK OF THE COURT**