# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tyrone McBride and Minnie Pearl McBride<br><br>        Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-13187 JKF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5472

                                                                Respectfully submitted,

                                                                **/s/Thomas Puleo, Esquire**
                                                                Thomas Puleo, Esquire
                                                               Brian C. Nicholas, Esquire
                                                               KML Law Group, P.C.
                                                               701 Market Street, Suite 5000
                                                               Philadelphia, PA 19106-1532
                                                               (215) 825-6306  FAX (215) 825-6406