# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-13187-JKF

TYRONE MCBRIDE
MINNIE PEARL MCBRIDE
327 LAUREL ROAD

SHARON HILL, PA 19079-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TYRONE MCBRIDE
    MINNIE PEARL MCBRIDE
    327 LAUREL ROAD

    SHARON HILL, PA 19079-

Counsel for debtor(s), by electronic notice only.

    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 700
    PHILA, PA 19102-

Date: 9/29/2017

                        /S/ William C. Miller
                        _____
                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee