Certificate Number: 15317-PAE-DE-033103976

Bankruptcy Case Number: 15-13187



15317-PAE-DE-033103976

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 14, 2019</u>, at <u>9:07</u> o'clock <u>AM PDT</u>, <u>Tyrone Mcbride</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 14, 2019</u>          By:    <u>/s/Eric Reyes</u>

                                      Name:  <u>Eric Reyes</u>

                                      Title: <u>Certified Counselor</u>

Certificate Number: 15317-PAE-DE-033103975

Bankruptcy Case Number: 15-13187



15317-PAE-DE-033103975

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 14, 2019</u>, at <u>9:07</u> o'clock <u>AM PDT</u>, <u>Minnie Mcbride</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>July 14, 2019</u>          By:    <u>/s/Eric Reyes</u>

                                  Name:  <u>Eric Reyes</u>

                                  Title: <u>Certified Counselor</u>