United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-13187-elf
Tyrone McBride                                                        Chapter 13
Minnie Pearl McBride
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 2              Date Rcvd: Sep 16, 2020
                              Form ID: 138NEW          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
db/jdb         +Tyrone McBride,    Minnie Pearl McBride,    327 Laurel Road,    Sharon Hill, PA 19079-1205
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
13525607       +Aargon Agency As Agent For Ops 9 L   Llc Certegy,    Ops 9 L   Llc Certegy,
                 8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
13618225        Federal National Mortgage Association,    Fannie Mae c/o Seterus Inc.,    PO Box 1047,
                 Hartford, CT 06143-1047
13610586       +Federal National Mortgage Association (FNMA), c/o,    PO Box 54420,   Los Angeles, CA 90054-0420
13523015       +Gregory Javardian, Esquire,    1310 Industrial Blvd., 1st Floor,    Southampton, PA 18966-4030
13523016      ++JPMORGAN CHASE BANK   N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
               (address filed with court:  JPMorgan Chase Bank, N.A.,
                 201 N. Central Ave., Mail Code: AZ1-1191,    Attn: Banrkutpcy Dept.,   Phoenix, AZ 85004-0073)
13523017        Seterus,   P.O. BOX 2206,    Attn: Bankruptcy Dept.,   Grand Rapids, MI 49501-2206
13736199       +Wilmington Savings Fund Society FSB Et Al,    c/o ANDREW F GORNALL,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13840288       +Wilmington Savings Fund Society FSB Et Al,    c/o THOMAS I. PULEO,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13805982        Wilmington Savings Fund Society, FSB,    P.O. Box 52708,   Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:33     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 17 2020 05:26:46
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 17 2020 05:27:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13523012        E-mail/Text: documents@apellesnow.com Sep 17 2020 05:27:45     ADT Security Services,
                 c/o Apelles,   P.O. BOX 1197,    Attn: Bankruptcy Dept.,   Westerville, OH 43086-1197
13523013       +E-mail/Text: bncmail@w-legal.com Sep 17 2020 05:27:02     Back Bowl I LLC, Series,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Suite 400,   Seattle, WA 98121-3132
13523014       +E-mail/Text: megan.harper@phila.gov Sep 17 2020 05:27:33
                 City of Philadelphia-Law Dept-Tax Unit,    1401 John F. Kennedy Blvd., 5th Floor,
                 Attn: Bankruptcy Dept.,   Philadelphia, PA 19102-1617
13560468        E-mail/Text: bk.notifications@jpmchase.com Sep 17 2020 05:26:28     JPMorgan Chase Bank N.A.,
                 National Bankruptcy Department,    P.O.Box 29505 AZ1-1191,   Phoenix , AZ 85038-9505
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Keith             Page 2 of 2            Date Rcvd: Sep 16, 2020
                              Form ID: 138NEW         Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    SETERUS, INC. bankruptcy@powerskirn.com
              JOSHUA I. GOLDMAN    on behalf of Creditor    Federal National Mortgage Association
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor Tyrone  McBride efiling@mlatzes-law.com
              MICHAEL A. LATZES    on behalf of Joint Debtor Minnie Pearl McBride efiling@mlatzes-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tyrone McBride and Minnie Pearl McBride

    Debtor(s)

Bankruptcy No: 15−13187−elf
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

> For The Court
> Timothy B. McGrath
> Clerk of Court

Dated: 9/16/20

79 − 78
Form 138_new