United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-13187-elf |
| Tyrone McBride | Chapter 13 |
| Minnie Pearl McBride | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Keith | Page 1 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID    Recipient Name and Address**
db/jdb        + Tyrone McBride, Minnie Pearl McBride, 327 Laurel Road, Sharon Hill, PA 19079-1205

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb            *+               Minnie Pearl McBride, 327 Laurel Road, Sharon Hill, PA 19079-1205

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2020         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

**Name                        Email Address**

ANDREW F GORNALL
                            on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
                            on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JILL MANUEL-COUGHLIN
                            on behalf of Creditor SETERUS  INC. bankruptcy@powerskirn.com

JOSHUA I. GOLDMAN
                            on behalf of Creditor Federal National Mortgage Association Josh.Goldman@padgettlawgroup.com
                            kevin.shatley@padgettlawgroup.com

District/off: 0313-2 | User: Keith | Page 2 of 2
Date Rcvd: Oct 21, 2020 | Form ID: 195 | Total Noticed: 1

| | |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... bkgroup@kmllawgroup.com |
| MICHAEL A. LATZES | on behalf of Debtor Tyrone McBride efiling@mlatzes-law.com |
| MICHAEL A. LATZES | on behalf of Joint Debtor Minnie Pearl McBride efiling@mlatzes-law.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Wilmington Savings Fund Society  FSB Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Tyrone McBride and Minnie Pearl McBride  : Case No. 15−13187−elf
    Debtor(s)

## ORDER
_____

AND NOW, this day , October 21, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

        By The Court

        Eric L. Frank
        Judge , United States Bankruptcy Court